136

HELEN L. BETENBAUGH, *ET AL.*, PLAINTIFFS-RESPON-
DENTS, v. PRINCETON HOSPITAL, *ET ALS.*, DEFEND-
ANTS-PETITIONERS.

*Messrs. Mead, Gleeson, Hansen & Pantages, Mr. Daniel K.
Van Dorn, Messrs. Williams & Willette, Messrs. Schneider &
Morgan* and *Mr. Robert J. C. McCoid* for the petitioners.

*Messrs. Roskein, Kronisch & Felzenberg* for the respon-
dents.

October 4, 1966. Granted.

JOSE L. PATUSCO, *ET AL.*, PLAINTIFFS-RESPONDENTS, v.
PRINCE MACARONI, INC., *ET AL.*, DEFENDANTS-PETI-
TIONERS.

*Mr. George L. Sachs* for the petitioners.

*Messrs. Zemel & Kaufman* and *Mr. Sherwin Drobner* for
the respondents.

October 4, 1966. Granted.

EDGAR W. ALLEN, PLAINTIFF-PETITIONER, v.
JUNE STRELECKI, DEFENDANT-RESPONDENT.

*Messrs. Clarick & Clarick* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Jeffrey R. Lowe,* Deputy Atty.
Gen., for the respondent.

October 4, 1966. Granted.